Michael S. Schachter** (NY 3910205)
Randall W. Jackson** (NY 5274048)
Casey E. Donnelly** (NY4936803)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8102; Fax: (728) 728-8111
Email: *mschachter@willkie.com*

Simona Agnolucci (SBN 246943)
**WILLKIE FARR & GALLAGHER LLP**
One Front Street
San Francisco, CA 94111
Tel: (415) 858-7447, Fax: (415) 858-7599
Email: *sagnolucci@willkie.com*

Bruce H. Searby* (SBN 183267)
Edmund W. Searby** (OH 067455)
**SEARBY LLP**
1627 Connecticut Ave, NW, Suite 4
Washington, D.C. 20009
Tel: (202) 750-6106, Fax: (202) 849-2122
Email: *bsearby@searby.law*

*Appearing specially ** Appearing pro hac vice*

*Counsel for Defendant Julian Omidi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Julian Omidi, *et al.*,<br><br>　　　　　　Defendants. | Case No. CR No. 17-00661 (A) – DMG<br><br>**DEFENDANT JULIAN OMIDI'S NOTICE CONFIRMING THE REIMBURSEMENT OF CJA FUNDS**<br><br>Courtroom of the Hon. Dolly M. Gee |

TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** in accordance with the Court's August 16, 2021 order (Dkt. 1190) and the October 8, 2020 stipulation concerning the release of $10 million in seized funds (CV 18-3855, Dkt. 50 at ¶ 4(a)), Defendant JULIAN OMIDI, by and through counsel of record, hereby confirms that he has reimbursed the full amount of funds incurred by his appointed CJA counsel, Peter Johnson.  The wire transfer to the Administrative Office of the U.S. Courts in the amount of $389,088.59 was completed today.  The federal reference number for the wire transfer is 20210818B1Q8021C010964.

Dated:  August 18, 2021

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
    MICHAEL S. SCHACHTER
    RANDALL W. JACKSON
    CASEY E. DONNELLY
    SIMONA AGNOLUCCI

    ATTORNEYS FOR DEFENDANT
    JULIAN OMIDI